**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000131
20-SEP-2012
09:56 AM**

NO. CAAP-12-0000131

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KAHALA COMMUNITY ASSOCIATION, a Hawaii nonprofit corporation,
Plaintiff-Appellant/Cross-Appellee,
v.
THOMAS T.F. HUANG, Trustee and KAREN SATOMI HUANG, Trustee,
Defendants-Appellees/Cross-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0806)

ORDER DISMISSING APPEAL PURSUANT TO THE
SEPTEMBER 6, 2012 STIPULATION TO DISMISS APPEAL AND CROSS-APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the parties' September 6, 2012
Stipulation to Dismiss Appeal and Cross-Appeal (Stipulation), it
appears that Appeal No. CAAP-12-0000131 has not been docketed and
that the parties seek to dismiss the appeal. Attorneys for all
parties have signed the September 6, 2012 Stipulation as Hawai'i
Rules of Appellate Procedure Rule 42(a) requires. Therefore,
pursuant to HRAP Rule 42(a),

IT IS HEREBY ORDERED that Appeal No. CAAP-12-0000131 is dismissed.

DATED: Honolulu, Hawai'i, September 20, 2012.

Presiding Judge

Associate Judge

Associate Judge